# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Carlos Armando Robles-Real,<br>a.k.a.: Jose Ivan Real-Quijada,<br>a.k.a.: Carlos Robles-Real,<br>(A075 770 107)<br>*Defendant* | ) ) ) ) ) ) ) Case No. 17-388MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 23, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Armando Robles-Real, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 15, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA James B. Morse Jr.

☒ Continued on the attached sheet.

*Complainant's signature*

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 25, 2017

*Judge's signature*

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 23, 2017, Carlos Armando Robles-Real was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Robles-Real was examined by ICE Officer M. Karakey who determined Robles-Real to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 23, 2017, Robles-Real was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Robles-Real was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Carlos Armando Robles-Real to be a citizen of Mexico and a previously deported criminal alien. Robles-Real was removed from the United States to Mexico through Nogales, Arizona, on or about October 15, 2012,

pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Robles-Real in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Robles-Real's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Carlos Armando Robles-Real was convicted of (Amended) Endangerment, a felony offense, on September 7, 2012, in the Superior Court of Arizona, Maricopa County. Robles-Real was sentenced to two (2) years' probation. Robles-Real's criminal history was matched to him by electronic fingerprint comparison.

5. On September 23, 2017, Carlos Armando Robles-Real was advised of his constitutional rights. Robles-Real freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 23, 2017, Carlos Armando Robles-Real, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about October 15, 2012, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 25th day of September, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge